IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN PAUL,

    Plaintiff,

v.

CITY OF BLOOMINGDALE, CITY OF BLOOMINGDALE POLICE DEPARTMENT, DETECTIVE BRIAN D. JACKSON, OFFICER DELVIN CROSBY, OFFICER MATTHEW R. DAVIS, OFFICER MICHAEL AMOS, and JOHN DOES 1-10

    Defendants.

CASE NO. CV419-212

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA